# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**DOROTHY PRAYER**                                                    **PLAINTIFF**

**VS.**                                                        **CIVIL ACTION NO: 4:07CV00112-SA**

**WEBSTER NUEL, IN HIS OFFICIAL**
**AND INDIVIDUAL CAPACITIES, ET AL.**                                 **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to a Stipulation of Dismissal filed by the parties to this action, with the Clerk of the Court in Civil Action No. 4:07CV112(SA)(EMB), the Court holds that Plaintiff's claims should be dismissed in their entirety with prejudice.

IT IS, **THEREFORE, ORDERED** that Plaintiff's claims are dismissed in their entirety with prejudice.

**SO ORDERED**, this the 22nd of July 2008.

                                                      **/s/ Sharion Aycock**
                                                      **U.S. DISTRICT COURT JUDGE**